IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JEAN COULTER,

    Plaintiff,                      16cv0125

                                       **ELECTRONICALLY FILED**

        v.

PAUL LAURENCE DUNBAR
COMMUNITY CENTER ET AL,

    Defendants.

**ORDER OF COURT**

AND NOW, this 15th day of April, 2016, for the reasons set forth in the Memorandum Opinion filed contemporaneously with this Order, the Court hereby GRANTS Defendants' Motions to Dismiss Plaintiff's Amended Complaint (doc. nos. 32 and 34), and in so doing, Plaintiff's Amended Complaint is DISMISSED WITHOUT PREJUDICE for lack of subject-matter jurisdiction. Plaintiff's pending Renewed Motion for Recusal and Renewed Motion for Stay to Permit Discovery (doc. no. 35) are DENIED AS MOOT.

                                              s/Arthur J. Schwab_____
                                              Arthur J. Schwab
                                              United States District Judge


cc:      All Registered ECF Users

           Jean Coulter
           3000 Chestnut Street
           P.O. Box 8094
           Philadelphia, PA 19101